1  Karen Kimmey (State Bar No. 173284)
   kkimmey@fbm.com
2  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
3  San Francisco, CA  94104
   Telephone:  (415) 954-4400
4  Facsimile:  (415) 954-4480

5
   Attorney for Defendant
6  AMAZON SERVICES, LLC

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12  WMICRO LLC, a California limited           Case No.
    liability company,
13                                             **DEFENDANT AMAZON SERVICES,
                     Plaintiff,                LLC'S NOTICE OF REMOVAL OF
14                                             ACTION UNDER 28 U.S.C. §§ 1332 &
         vs.                                   1441(b) (DIVERSITY)**
15
    AMAZON SERVICES, LLC, a Nevada             [Santa Clara County Superior Court Case No.
16  limited liability company, and DOES 1      15-CIV-285582]
    through 40, Inclusive,
17
                     Defendants.
18

19

20

21       **TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT

22  FOR THE NORTHERN DISTRICT OF CALIFORNIA**:

23       **PLEASE TAKE NOTICE** that Defendant Amazon Services, LLC, a Nevada limited

24  liability company, ("Defendant" or "Amazon Services"), by filing this Notice of Removal and

25  related papers, hereby removes the above-captioned action from the Superior Court of the State of

26  California, Santa Clara County, to the United States District Court for the Northern District of

27  California, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

28
                                      - 1 -

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NOTICE OF REMOVAL OF ACTION
N.D. CAL. CASE NO. _____

32423\5140483.1

**PROCEDURAL BACKGROUND**

1.      On September 14, 2015, Plaintiff WMICRO LLC filed a Complaint in the California Superior Court for the County of Santa Clara, titled *WMICRO LLC, a California limited liability company v. Amazon Services, LLC, a Nevada limited liability company, and Does 1 through 40, Inclusive*, Case No. 15-CIV-285582.

2.      Service of the Summons and Complaint was effected on Amazon Services on October 1, 2015. (A true and correct copy of the Summons and Complaint is attached as Exhibit 1 to the Declaration of Karen Kimmey in Support of Defendant's Notice of Removal of Action ("Kimmey Decl.").)

3.      Plaintiff alleges that certain of its property, valued at $1,541,911.69, is currently in the custody, control or possession of Amazon Services and advances claims for conversion, accounting, constructive trust, and declaratory relief.  (Complaint ¶¶ 1-4.)

4.      No other process, pleadings or papers have been served in the state action.

5.      True and correct copies of the Summons and Complaint, along with its exhibits, are filed concurrently herewith as required by 28 U.S.C. § 1446(a).

6.      Amazon Services files this Notice of Removal within 30 days after receipt by Defendant of a copy of the initial Complaint.  This Notice of Removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

7.      Amazon Services petitions for removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

8.      Written notice of this Notice of Removal will be filed in Santa Clara County Superior Court and served on Plaintiff pursuant to 28 U.S.C. § 1446(d).

**JURISDICTION**

9.      This Court has original jurisdiction over this civil action under 28 U.S.C. § 1332. This action may be removed to this Court by Amazon Services pursuant to the provisions of 28 U.S.C. §§ 1332, 1441(b), and 1446 in that it is a civil action between citizens of different states, the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and Defendant is not a citizen of California.

- 2 -

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

32423\5140483.1

NOTICE OF REMOVAL OF ACTION
N.D. CAL. CASE NO. _____

1

**Complete Diversity of Citizenship Exists**

2    10.    Plaintiff was and is a citizen of the State of California.  (*See* Complaint ¶ 5.)

3    11.    Defendant Amazon Services, LLC was and is a limited liability company formed

4   under the laws of the State of Nevada, with a principal place of business in Washington, and is

5   the only defendant that has been served with summons and complaint in this action.  Because it is

6   a limited liability company, Amazon Services, LLC's citizenship is determined based on the

7   citizenship of its members. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894,

8   899 (9th Cir. 2006) ("We therefore join our sister circuits and hold that, like a partnership, an

9   LLC is a citizen of every state of which its owners/members are citizens.")  The membership of

10   Amazon Services, LLC consists entirely of non-California entities.  The sole member of Amazon

11   Services, LLC is Amazon Corporate, LLC, which is a Delaware limited liability company.  The

12   sole member of Amazon Corporate, LLC is Amazon Global Resources, LLC, which is also a

13   Delaware limited liability company.  The sole member of Amazon Global Resources, LLC is

14   Amazon Fulfillment Services, Inc., which is a Delaware corporation.  Amazon Fulfillment

15   Services, Inc., is wholly owned by Amazon.com, Inc., which is a Delaware corporation.  Each of

16   these entities has its principal place of business in Washington.

17    12.    Amazon Services' citizenship status was the same at the time the initial state court

18   complaint was filed.

19    13.    Thus, the parties have diversity of citizenship within the meaning of 28 U.S.C.

20   § 1332 and 28 U.S.C. § 1441.  This diversity existed when the action was filed and continues to

21   the present.

22    **Amount in Controversy Exceeds the Jurisdictional Minimum of $75,000**

23    14.    The jurisdictional amount in controversy requirement is also met.  In the Prayer for

24   Relief of the Complaint, Plaintiff prays for damages for:

25        a.    An accounting of the proceeds from the subject property, which is allegedly

26             valued at $1,541,911.69.  (*See* Complaint ¶ 23, 33.)

27   //

28   //

- 3 -

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

32423\5140483.1

NOTICE OF REMOVAL OF ACTION
N.D. CAL. CASE NO. _____

1      b.  A judgment compelling Defendant to pay fair market value of the subject

2          property, which allegedly amounts to $1,541,911.69, or a judgment compelling

3          return of said property.  (*Id.* ¶ 45; *see id.* ¶¶ 23, 33.)

4      c.  Injunctive relief to aid in recovery of said property.  (*Id.* ¶ 46.)

5      d.  Plaintiff's costs of suit. (*Id.* ¶ 42.)

6      e.  Any other relief that is just and proper. (*Id.* ¶ 43.)

7  (Complaint ¶¶ 42-48.)

8      15.    Plaintiff's allegations demonstrate that the amount in controversy exceeds

9  $75,000, exclusive of costs and interest. *See Singer v. State Farm Mutual Auto. Ins. Co.*, 116

10  F.3d 373, 376 (9th Cir. 1997) (providing that a defendant need only demonstrate the amount in

11  controversy by a preponderance of the evidence).

12      16.    Amazon Services is informed and believes and on that basis alleges that the

13  defendants named as Does in Plaintiff's complaint are fictitious and are not necessary to be joined

14  in this petition.

15                    **VENUE**

16      17.    Because the state court action is in Santa Clara County, venue is proper in the

17  Northern District of California under 28 U.S.C. § 1446(a).  Pursuant to Local Rule 3-2(c) and (e),

18  this case arises in the San Jose Division.

19  Dated: October 30, 2015.              FARELLA BRAUN + MARTEL LLP

20

21                          By:_____*/s/ Karen Kimmey*_____
                                      Karen Kimmey
22
                             Attorney for Defendant
23                           AMAZON SERVICES, LLC

24

25

26

27

28
                                  - 4 -
                                                            32423\5140483.1

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NOTICE OF REMOVAL OF ACTION
N.D. CAL. CASE NO. _____