Thomas K. Agawa, Esq. [SBN 175952]
AGAWA LAW, APC
1000 S. Hope St., #413
Los Angeles, CA 90015
T: (213) 804-1138
E: agawalaw@gmail.com

Attorneys for Plaintiff WMICRO LLC,
a California limited liability company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| WMICRO LLC, a California limited liability company, | Case No. 15-cv-04993-HRL |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| v. | |
| AMAZON SERVICES, LLC, a Nevada limited liability company, and DOES 1 through 40, Inclusive, | |
| Defendants. | |

## **STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a)(1), all parties herein, by and through their attorneys of record, stipulate to a dismissal in the above-captioned action with each party to bear their own attorneys' fees & costs.  Attorney Thomas K. Agawa has the authority to sign lawyer Karen Kimmy's name to this Stipulation per her Email dated February 17, 2016.

SO STIPULATED.

///

///

By Plaintiff:

Dated: February 24, 2016     AGAWA LAW, APC

/s/Thomas K. Agawa

By:
  Thomas K. Agawa
Attorneys for Plaintiff WMICRO, LLC

By Defendant:

Dated: February 24, 2016     FARELLA BRAUN + MARTEL LLP

/s/ Karen Kimmey

By:
  Karen Kimmey
  Attorneys for Defendant AMAZON SERVICES

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

   I, Thomas K. Agawa, hereby certify that on February 24, 2016, a true and correct copy of **STIPULATION FOR DISMISSAL** was filed electronically and is available for viewing and downloading from the ECF system.

   Unless otherwise noted herein and pursuant to the General Orders and/or Standing Orders and/or Local Rules of this Court, the following parties are deemed to have consented to electronic service of documents filed through the ECF system:

<u>Plaintiffs' Lawyer</u>
Karen Kimmey, Esq. [SBN 173284]
kkimmey@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
T: (415) 954-4400/F: (415) 954-4480

Executed on February 24, 2016, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of California that the above is true and correct.

                /s/Thomas K. Agawa

                Thomas K. Agawa, Esq.